**Letti K. STRAIT, Appellant,**

v.

**Charles V. CAMMISANO, Respondent.**

**No. WD 65849.**

Missouri Court of Appeals,
Western District.

Nov. 14, 2006.

Appellant acting pro se.

Respondent acting pro se.

Before JAMES M. SMART, JR., P.J., EDWIN H. SMITH, and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM.

Appellant Letti K. Strait appeals the judgment of the Circuit Court of Jackson County, Missouri, Family Court Division, modifying the custody and parenting plan

of Strait and Respondent Charles V. Cammisano.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).